**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ANTHONY J. PHILLIPS, #61032-053**                                                              **PLAINTIFF**

**VERSUS**                                                              **CIVIL ACTION NO. 5:05cv164DCB-JCS**

**UNITED STATES OF AMERICA**                                                              **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   9th   day of January, 2006.


                                                            s/ David Bramlette
                                             UNITED STATES DISTRICT JUDGE